UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELCY WIGINTON and<br>GEORGE STANFORD PIERCE, JR.,<br><br>　　Plaintiffs,<br><br>v.<br><br>GEORGE STANFORD PIERCE, ET AL.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:15-CV-828-B (BF) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Magistrate Judge's Findings, Conclusions, and Recommendation ("FC&R") in this trademark infringement case. The FC&R recommends denying without prejudice Defendants' motion to dismiss and granting Plaintiffs' motion for an extension of time. After conducting a *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) of the pleadings, files, and records in this case, as well as the FC&R, the Court is of the opinion that the FC&R are correct and they are accepted as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated June 15, 2015 are hereby **ADOPTED**. Defendants' motion to dismiss (Doc. 11) is **DENIED** without prejudice and Plaintiffs' motion for an extension of time (Doc. 14) is **GRANTED**.

It is further **ORDERED** that Plaintiffs shall file an amended complaint not later than 30 days after the date of this Order. If the amended complaint fails to establish a basis for the court to exercise personal jurisdiction, or that venue is proper in the Northern District, or the complaint fails

to state a claim upon which relief can be granted, Defendants may file another Rule 12 motion.

SO ORDERED.

Dated: July 7th, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE